UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JACQUES LaPREAD,

    Plaintiff,

vs.                                              CASE NO.: 8:23-cv-00727-CEH-AAS

DANIEL SLAUGHTER, IN HIS OFFICIAL
CAPACITY AS CHIEF OF POLICE
CLEARWATER POLICE DEPARTMENT,

    Defendant.
_____/

## MOTION TO REMOVE ATTORNEY FROM RECORD

COMES NOW Heather Stathopoulos, Esquire, and files this Motion to remove her name as Attorney of record for Plaintiff JACQUES LaPREAD, and as grounds therefore would state:

1. Heather R. Stathopoulos is listed as an attorney in the Signature block for Stathopoulos Law Group, P.A., however, she is not an attorney of record on the above referenced case.

2. Heather R. Stathopoulos will not be filing any pleadings in the above case.

3. Tom Stathopoulos, Esquire and Lisha Bowen, Esquire will remain the attorneys of record for the Plaintiff.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order removing HEATHER R. STATHOPOULOS, ESQUIRE, as attorney of record for the Plaintiff JACQUES LaPREAD.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished on this 17th day of October, 2023, by using the CM/ECF which will send notice to the following: **Michael Fuino, Esquire,** Michael.fuino@myclearwater.com,

Kristen.parete@myclearwater.com, Valerie.mchargue@myclearwater.com.

.

                                                    */s/ Tom B. Stathopoulos*
**TOM B. STATHOPOULOS, ESQUIRE**
FBN:  0162329
**HEATHER R. STATHOPOULOS, ESQUIRE**
FBN:  0156396
**STATHOPOULOS LAW GROUP, P.A.**
29605 U.S. Highway 19 North, Ste. 330
Clearwater, FL 33761
Phone (727) 942-9000/Fax (727) 942-9001
Email Address: LITIGATION@SLGlawgroup.com
Email: Lori@slglawgroup.com
Attorneys for Plaintiff
And
**LISHA BOWEN, ESQUIRE**
Fla. Bar No.: 0169374
**LISHA BOWEN, P.A.**
P.O. Box 173442
Tampa, FL 33672
Phone: (813) 995-5580 / Fax: (813) 489-4344
Email: lisha@bowentrials.com