UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JACQUES LaPREAD,

       Plaintiff,

vs.                                  CASE NO.:  8:23-cv-00727-CEH-AAS

DANIEL SLAUGHTER, IN HIS OFFICIAL
CAPACITY AS CHIEF OF POLICE
CLEARWATER POLICE DEPARTMENT,

       Defendant.
_____/

## NOTICE OF RESOLUTION

      COMES NOW the PARTIES to this action to hereby notify the Court pursuant to L.R. 3.09(a) that they have settled the claims for relief asserted by Plaintiff in this case, with each party to bear their own attorneys' fees and costs.

| | |
|---|---|
| /s/ *Michael Fuino* | /s/ *Lisha Bowen* |
| MICHAEL FUINO | LISHA BOWEN |
| Senior Assistant City Attorney | Florida Bar No. 0169374 |
| 600 Cleveland Street, Ste. 600 | Lisha@bowentrials.com |
| Clearwater, FL 33755 | BOWEN LAWGROUP |
| P: 727-562-4010 | P.O. Box 173442 |
| F: 727-562-4021 | Tampa Florida 33672 |
| Michael.Fuino@MyClearwater.com | (T :) (813) 995-5580 |
| Attorney for Defendant | (F :) (813) 489-4344 |
| | Lisha@bowentrials.com |
| | Attorney for Plaintiff |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served upon the registered users of the Courts CM/ECF system on April 29th, 2024 on the following:

michael.fuino@myclearwater.com
kristen.parete@myclearwater.com
valerie.mchargue@myclearwater.com

*/s/ Lisha Bowen*
LISHA BOWEN
Florida Bar No. 0169374
Lisha@bowentrials.com
BOWEN LAWGROUP
P.O. Box 173442
Tampa Florida 33672
(T :) (813) 995-5580
(F :) (813) 489-4344
**Service of Court Documents:**
Lisha@bowentrials.com
*Attorney for Plaintiff*